# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO.  3:06cr44LAC

CHRISTOPHER STANLEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on     JULY 16, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE      on 7/16/08      Doc.# 72

RESPONSES:
BY GOVERNMENT         on 8/1/08       Doc.# 73
                      on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 16th day of January, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) Defendant was sentenced to the mandatory minimum sentence of 240 months as required by law. The mandatory minimum has not been reduced. Additionally, defendant was sentenced for powder cocaine and not cocaine base (crack). The guideline reductions apply only to a sentence involving cocaine base. Therefore, the Court has no jurisdiction to grant the relief requested.*

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.