UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                          Case Nos.: 3:06cr44/LAC/CJK
                                                   3:16cv658/LAC/CJK

CHRISTOPHER KEITH STANLEY,

     Defendant.
_____/

<u>ORDER</u>

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 21, 2016 (doc. 92). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.       The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.      Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, (ECF No. 91), is **DISMISSED without prejudice**.

DONE AND ORDERED this 24th day of January, 2017.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:06cr44/LAC/CJK; 3:16cv658/LAC/CJK